# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**25-00378**

**SECT.R MAG.1**

holden rester

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

covenant house new orleans

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | holden rester |
   | Address | 313 city park ave: homeless |
   | | new orleans, la, 70119 |
   | | *City   State   Zip Code* |
   | County | orleans |
   | Telephone Number | 504-247-8219 |
   | E-Mail Address | holdenrester19@gmail.com |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | covenant house new orleans |
   | Job or Title *(if known)* | covenant house |
   | Address | 611 n rampart st |
   | | new orleans, la, 70112 |
   | | *City   State   Zip Code* |
   | County | orleans |
   | Telephone Number | 504-584-1111 |
   | E-Mail Address *(if known)* | |

   ☐ Individual capacity   ☑ Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | |
   | Job or Title *(if known)* | |
   | Address | |
   | | *City   State   Zip Code* |
   | County | |
   | Telephone Number | |
   | E-Mail Address *(if known)* | |

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   |          |       |          |
   |----------|-------|----------|
   | City     | State | Zip Code |

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   |          |       |          |
   |----------|-------|----------|
   | City     | State | Zip Code |

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

   ☑ Federal officials (a *Bivens* claim)

   ☐ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
   Plaintiff alleges that the following constitutional and statutory rights were violated:

   First Amendment (Freedom of Speech): Plaintiff was retaliated against for voicing concerns about Covenant House's treatment of residents, which is protected speech. *See attached*

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Not applicable as Plaintiff is bringing a § 1983 claim against state or local officials.)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Covenant House, while a private entity, receives federal funding and is therefore subject to certain public policy standards and legal protections that prohibit discrimination and retaliation. The organization acted under color of state law by enforcing punitive measures against Plaintiff for raising legal concerns. These actions included retaliatory eviction, disparate disciplinary enforcement, failure to accommodate disabilities, and suppression of free speech, all of which constitute civil rights violations

*see attached*

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
covenant house new orleans

B. What date and approximate time did the events giving rise to your claim(s) occur?
between may 2023- sep 9th 2024

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
First Amendment Violation

Plaintiff was suspended and retaliated against for expressing concerns about Covenant House's treatment of residents.

As a federally funded entity, Covenant House is bound by public accountability standards, including free speech protections.

Fourteenth Amendment - Equal Protection Violation

Plaintiff observed that residents with jobs or enrolled in school received leniency for the same behavior that resulted in punitive action against the Plaintiff.

*see attached*

Page 3 II. Basis for Jurisdiction

Section B

First Amendment (Freedom of Speech): Plaintiff was retaliated against for voicing concerns about Covenant House's treatment of residents, which is protected speech.

Fourteenth Amendment (Equal Protection Clause): Plaintiff faced disparate treatment in disciplinary actions compared to other residents, violating equal protection.

Americans with Disabilities Act (ADA): Plaintiff's medical conditions required accommodations that Covenant House failed to provide.

Fair Housing Act (FHA): Eviction and restrictions imposed on Plaintiff disproportionately impacted them due to disabilities, constituting discrimination.

Page 4 II. Basis for Jurisdiction

Section D

Covenant House, while a private entity, receives federal funding and is therefore subject to certain public policy standards and legal protections that prohibit discrimination and retaliation. The organization acted under color of state law by enforcing punitive measures against Plaintiff for raising legal concerns. These actions included retaliatory eviction, disparate disciplinary enforcement, failure to accommodate disabilities, and suppression of free speech, all of which constitute civil rights violations under § 1983.

Page 4 III Statement of Claim

Section C

Plaintiff was suspended and retaliated against for expressing concerns about Covenant House's treatment of residents.

As a federally funded entity, Covenant House is bound by public accountability standards, including free speech protections.

Fourteenth Amendment - Equal Protection Violation

Plaintiff observed that residents with jobs or enrolled in school received leniency for the same behavior that resulted in punitive action against the Plaintiff.

Covenant House applied inconsistent disciplinary measures, resulting in discrimination.

Americans with Disabilities Act (ADA) Violation

Plaintiff suffers from medical conditions, including musculoskeletal issues, migraines, and neurological conditions, which qualify as disabilities.

Covenant House failed to provide reasonable accommodations and instead imposed punitive restrictions that worsened Plaintiff's health.

Fair Housing Act (FHA) Violation

Plaintiff faced eviction and restrictions that disproportionately affected them due to their disabilities, which constitutes housing discrimination.

Louisiana Civil Code Article 2315 - Duty of Care Violation

As a nonprofit receiving federal and private funding, Covenant House has a duty of care to ensure fair and compassionate treatment of residents.

The institution's punitive actions led to emotional distress and an unsafe living environment.

Louisiana Revised Statutes - Human Rights Act (L.R.S. 51:2231 et seq.) Violation

Plaintiff faced discrimination due to an inability to work or attend school caused by health conditions, violating state human rights protections.

Retaliation for Whistleblowing

Plaintiff attempted to report mistreatment to Covenant House International and the media but was met with disciplinary actions aimed at silencing them.

Such retaliation discourages the exposure of institutional misconduct and violates protections against retaliation.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
Emotional distress caused by unjustified disciplinary actions.

Worsening of medical conditions due to lack of reasonable accommodations.

Loss of stable housing due to retaliatory actions.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
Compensatory damages for emotional distress and harm suffered ($250,000) due to emotional distress and homelessness caused by eviction for raising legal concerns and facing retaliation.

Punitive damages due to the willful and malicious nature of the violations (2250,000)

An injunction preventing Covenant House from engaging in further retaliatory or discriminatory actions.

Court-ordered policy changes to ensure compliance with ADA, FHA, and constitutional protections.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/20/2025

Signature of Plaintiff: holden rester *(signed: holden rester)*
Printed Name of Plaintiff: holden rester *(holden rester)*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____ _____ _____
*City* *State* *Zip Code*

Telephone Number: _____
E-mail Address: _____