**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HOLDEN RESTER** | **CASE NO. 25-00378** |
| *Plaintiff, Pro Se* | **SECTION "R", MAG. 1** |
| **VERSUS** | |
| **COVENANT HOUSE NEW ORLEANS, ET AL.** | |
| *Defendants* | |

Filed: _____     _____
                                                                            Deputy Clerk

### DEFENDANTS' OPPOSITION TO MOTION TO ALLOW MEDIA COVERAGE AND NON-PARTY ACCESS TO COURT PROCEEDINGS (REC DOC. 15)

**NOW INTO COURT** through undersigned counsel, come Defendants, Covenant House New Orleans, Rheneisha Robertson, Maya Wyche, Sheri Combs, Shawne Favre, Greg Fortenberry, Deneen Jackson and Moses Gray, who respectfully file their opposition to Plaintiff's Motion to Allow Media Coverage and Non-Party Access to Court Proceedings (Rec. Doc. 15).

**MAY IT PLEASE THE COURT**

In their succinct response to the referenced pleading, Defendants call the Court's attention to the fact that guidelines regarding general public and media access to federal courts is disclosed in the website, www.uscourts.gov. According to the United States Courts website, guidelines regarding public access to federal courts provide for liberal access to federal courts by both journalists and the public in general. Moreover, access to court records is available to the public via PACER. Because there are no sensitive issues relevant to this case which cannot be addressed through the Federal Rules of Civil Procedure, Defendants oppose Plaintiff's motion because the relief sought is basically moot.

Respectfully submitted, this 26th day of May, 2025.

_/s/Marion D. Floyd_____
Marion D. Floyd (Bar Roll No. 22902)
1403 West Esplanade Ave., Suite A
Kenner, LA 70065
Phone: 504.467.3010
Fax:     888.651.4651
Email:  floydmar@bellsouth.net

Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: Holden Rester, 313 City Park Avenue, New Orleans, Louisiana 70119.

/s/Marion D. Floyd_____
Marion D. Floyd