# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**holden peffer**
PLAINTIFF(S)

CIVIL ACTION No. 25-00378

VERSUS

**Covenant house new orleans et al**
DEFENDANT(S)

SECTION: R(1) / mag. 1

## MOTION

MOTION FOR VOLUNTARY DISMISSAL WITH CONDITIONS AND RESTORATIVE RELIEF

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _____ day of _____, 20___.

_____
(SIGNATURE)

**holden peffer** (Signature)

**holden pepper** (Name)

**313 city park ave** (Address)

**new orleans la 70119** (City) (State) (Zip)

**562-560-6759** (Telephone)

**5/29/2025** (Signature Date)

HOLDEN RESTER,
Plaintiff (Pro Se)
v.
COVENANT HOUSE NEW ORLEANS, et al.,
Defendants

MOTION FOR VOLUNTARY DISMISSAL WITH CONDITIONS AND RESTORATIVE RELIEF

NOW INTO COURT, comes Plaintiff, Holden Rester, appearing Pro Se, who respectfully moves this Honorable Court to permit voluntary dismissal of the above-captioned matter — not out of waiver or weakness, but due to changing educational priorities and in pursuit of restorative justice for all parties involved, especially those wrongfully harmed.

I. BACKGROUND AND REASON FOR DISMISSAL
Plaintiff has previously filed multiple substantive motions in good faith, including but not limited to:

Motion for Preliminary Injunction

Motion to Compel Discovery

Motion for Appointment of Counsel

Motion for Leadership Restructuring

Motion for Witness Protection

Motion for Conditional Dismissal and Reinstatement

Motion to Respond to Affirmative Defenses

Motion for Emergency Building Inspection

These filings reflect the seriousness and sincerity with which Plaintiff approached this matter.

However, due to Plaintiff's upcoming full-time enrollment in Delgado Community College during Summer 2025 and transfer to another 2-year college in Fall 2025, combined with the personal responsibility of securing housing and academic focus, Plaintiff is no longer in a position to sustain prolonged litigation.

II. CONDITIONS FOR DISMISSAL BASED ON RESTORATIVE JUSTICE
Before dismissal is finalized, Plaintiff respectfully asks the Court to impose two basic, but meaningful conditions:

Formal On-Record Video Apology by Greg Fortenberry:
To Ms. Jessica Williams for harassment via text and/or phone following her termination from Covenant House New Orleans. This act of direct digital harassment has caused emotional and professional harm.

Compensation from Greg Fortenberry (Personal Funds):
That Mr. Fortenberry be required to provide compensation to Ms. Jessica Williams out of his own pocket, in an amount to be determined fair by this Court, in acknowledgment of the distress caused.
Ms. Williams has retained evidence of the misconduct and is prepared to provide it as part of the record, should the Court wish to review.

### III. CLARIFICATION OF CAPACITY AND INTENT

This motion is filed out of strategic and educational prioritization, and not on the basis of mental health or psychological distress. Plaintiff remains fully mentally competent and makes this request independently, in sound judgment, and as an effort to find peace and closure.

### IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

Grant voluntary dismissal of the above-captioned action under Federal Rule of Civil Procedure 41(a),

Require Defendant Greg Fortenberry to issue a formal video apology to Ms. Jessica Williams,

Order that Mr. Fortenberry provide compensation out of his personal funds, as deemed appropriate by the Court,

Dismiss the case only after these conditions are fully met,

Provide any additional relief the Court deems just and proper.

Respectfully submitted,
/s/ Holden Rester
Holden Rester (Pro Se)
313 City Park Ave
New Orleans, LA 70119

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, May 29, 2025 2:10 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | MOTION FOR VOLUNTARY DISMISSAL WITH CONDITIONS AND RESTORATIVE RELIEF.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, May 29, 2025 - 14:09.

The information for this submission is:

**Filer's Name:** HOLDEN RESTER

**Filer's Email:** HOLDENRESTER19@GMAIL.COM

**Filer's Mailing Address:** 313 City Park Ave new orleans, la, 70119

**Filer's Phone Number:** 5042478219

**Filer's Case Number (If Known):** 25-00378

**Filer's Case Name (If Known):** rester vs covenant house new orleans et al

**Submitted Document Description:** MOTION FOR VOLUNTARY DISMISSAL WITH CONDITIONS AND RESTORATIVE RELIEF